**Jamie RIVERA, Appellant,**

v.

**WARDEN, LSCI–ALLENWOOD.**

No. 01–3047.

United States Court of Appeals, Third Circuit.

Submitted Feb. 11, 2002.

Filed Feb. 19, 2002.

Before MANSMANN, McKEE and BARRY, Circuit Judges.

MEMORANDUM OPINION

McKEE, Circuit Judge.

Jamie Rivera appeals the order of the United States District Court for the Middle District of Pennsylvania dismissing his petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Inasmuch as we write only for the parties, we need not present the factual or procedural background of this appeal. We have reviewed the thoughtful Memorandum Opinion of the district court and we will affirm substantially for the reasons set forth in that opinion.